UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GLU, INC.,

                Plaintiff,

v.

WILLIAMS INDUSTRIES, INC.,

                Defendant.

---

STIPULATION OF DISMISSAL WITH PREJUDICE

Case No.: 07 CV 6222

---

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated that this action is dismissed with prejudice and without costs to any party.

Dated: July 23, 2009

**HARRIS BEACH PLLC**

By:   /s/ David J. Edwards
      David J. Edwards
      *Attorneys for Plaintiff*
      99 Garnsey Road
      Pittsford, New York 14534
      Telephone: (585) 419-8800
      Facsimile: (585) 419-8813
      E-mail: dedwards@harrisbeach.com

Dated: July 23, 2009                          **BARNES & THORNBURG LLP,**

                                    By:   /s/ Mary Jane Frisby
                                          Mary Jane Frisby, Esq.
                                          *Attorneys for Defendant*
                                          11 South Meridian Street
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 231-7765
                                          Facsimile: (317) 231-7433
                                          E-mail: mfrisby@btlaw.com

                                          **LECLAIR KORONA GIORDANO COLE LLP,**
                                          Steven E. Cole, Esq.
                                          *Local Counsel for Defendant*
                                          150 State Street – Suite 300
                                          Rochester, New York 14614
                                          Telephone: (585) 327-4100
                                          Facsimile: (585) 327-4200
                                          Email: scole@leclairkorona.com



SO ORDERED:

_____, USMJ
HON. JONATHAN W. FELDMAN

1/11/10

2